# EXHIBIT B

# DECLARATION OF DAVID SERBER

I, DAVID SERBER , do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would testify to the truthfulness of all of the below statements.

1. I am a certified real estate appraiser (Certificate # AG004206).
2. On or about 01/08/2021, I visited the real property located at 10366 Ormond Street, Los Angeles, CA 91040 (hereinafter the "Real Property").
3. I completed full interior and exterior inspection of the Real Property at the time of the visit.
4. I completed an appraisal report on the property using the comparable sales approach.
5. I did not review the property for any structural defects and did not consider the structural engineer report in my appraisal. I do not know the extent that the structural issues may affect the marketability or the overall value of the property.
6. Based on the comparable sales approach, I evaluated that the Real Property is valued at $950,000 as of January 8, 2021. Attached hereto as Exhibit N is a true and correct copy of my appraisal report.
7. I have not reviewed or evaluated the other appraisals conducted on the Real Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 01/21/2021 at Glendale, California.

DAVID SERBER

# ********* INVOICE *********

File Number: 10366OS1 January 11, 2021

Stella Havkin

Invoice # :
Order Date :
Reference/Case # :
PO Number :

10366 Ormond Street
Sunland, CA 91040

| | | |
|---|---|---|
| 10366 Ormond Street - Appraisal | $ | 600.00 |
| Sunland, CA | $ | |
| Invoice Total | $ | 600.00 |
| State Sales Tax @ | $ | 0.00 |
| Deposit | ($ | 0.00 ) |
| Deposit | ($ | ) |
| Amount Due | $ | 600.00 |

Terms:

Please Make Check Payable To:

Serber Appraisals, Inc.
9018 Balboa Blvd. Suite 243
Northridge, CA 91325

Fed. I.D. #: 27-1578677

**Serber Appraisals, Inc.**

File No. 10366OS1

## APPRAISAL OF



A Single Family Dwelling

## LOCATED AT:

10366 Ormond Street
Sunland, CA 91040

## CLIENT:

Stella Havkin/Vahe Khojayan

## AS OF:

January 8, 2021

## BY:

David S. Serber
Appraiser

January 11, 2021

Stella Havkin/Vahe Khojayan

File Number: 10366OS1

To Whom it may Concern

In accordance with your request, I have appraised the real property at:

10366 Ormond Street
Sunland, CA 91040

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of January 8, 2021 is:

$950,000
Nine Hundred Fifty Thousand Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

David S. Serber
Appraiser

Serob Appraisals, Inc.

# Summary Residential Appraisal Report

File No. 10366OS1

**PURPOSE**

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name/Intended User Stella Havkin/Vahe Khojayan E-mail stella@havkinandshrago.com/vahe@kglawapc.com
Client Address City State Zip
Additional Intended User(s) Unknown

Intended Use Legal Purposes

**SUBJECT**

Property Address 10366 Ormond Street City Sunland State CA Zip 91040
Owner of Public Record Anahit Harutyunyan County Los Angeles
Legal Description Tract 22714 Lot 26
Assessor's Parcel # 2544-039-011 Tax Year 2020 R.E. Taxes $ 7,395.49
Neighborhood Name Sunland Area Map Reference 503-B6 Census Tract 1021.07
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

**SALES HISTORY**

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Prior Sale/Transfer: Date None Price None Source(s) Real Quest/MLS/Public Records
Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable) According to MLS the subject property has not been sold in the past 12 months as per public records or Mercado MLS.

Offerings, options and contracts as of the effective date of the appraisal See Attached Addendum

**NEIGHBORHOOD**

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing | [X] Stable | [ ] Declining | PRICE $(000) | AGE (yrs) | One-Unit | 90 % |
| Built-Up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [ ] Shortage | [X] In Balance | [ ] Over Supply | | | 2-4 Unit | % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [ ] Under 3 mths | [X] 3-6 mths | [ ] Over 6 mths | 650 Low | 1 | Multi-Family | % |
| | | | | | | | | 1,750 High | 100 | Commercial | 10 % |
| | | | | | | | | 1,000 Pred. | 70 | Other | % |

Neighborhood Boundaries North and east to the Foothill (210) Freeway, south to La Tuna Canyon Road and west to Sunland Blvd.

Neighborhood Description The subject property is located in a residential neighborhood of similar quality single family dwellings showing average maintenance. The area provides good accessibility to neighborhood shopping and recreational facilities. The overall employment stability is considered to be good and the overall appeal is considered to be steady. The subject property is located in the city of Los Angeles in an area commonly referred to as Sunland in the San Fernando Valley.

Market Conditions (including support for the above conclusions) See Attached Addendum

**SITE**

Dimensions 115 x 195.51 x 116.08 x 211.28 Area 23390 sf Shape Rectangular View Panoramic
Specific Zoning Classification RE40-1 Zoning Description Single Family Use
Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe. See Attached Addendum

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street Asphalt | [X] | [ ] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley None | [ ] | [ ] |

Site Comments See Attached Addendum

**IMPROVEMENTS**

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials | INTERIOR materials |
|---|---|---|---|
| Units [X] One [ ] One w/Acc. unit [ ] | [ ] Concrete Slab [X] Crawl Space | Foundation Walls Concrete/Average | Floors Lam/Tile/Avg. |
| # of Stories 2 | [ ] Full Basement [ ] Partial Basement | Exterior Walls Stucco/Average | Walls Drywall/Average |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area 0 sq. ft. | Roof Surface Comp. Shng./Avg. | Trim/Finish Wood/Average |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 0 % | Gutters & Downspouts Adequate/Average | Bath Floor Tile/Average |
| Design (Style) Contemporary | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type Vinyl Frame/Avg. | Bath Wainscot Tile/Average |
| Year Built 1964 | | Storm Sash/Insulated Yes | Car Storage [ ] None |
| Effective Age (Yrs) 30 | | Screens Yes | [ ] Driveway # of Cars |
| Attic [ ] None | Heating [X] FWA [ ] HW [ ] Radiant | Amenities [ ] WoodStove(s) # | Driveway Surface Concrete |
| [ ] Drop Stair [ ] Stairs | [ ] Other Fuel Gas | [X] Fireplace(s) # 1 [X] Fence Ch. Link | [X] Garage # of Cars 2 |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck Open [ ] Porch | [ ] Carport # of Cars |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool [ ] Other | [X] Att. [ ] Det. [ ] Built-in |

Appliances [P] Refrigerator [X] Range/Oven [ ] Dishwasher [X] Disposal [ ] Microwave [P] Washer/Dryer [X] Other (describe) Fan
Finished area **above** grade contains: 4 Rooms 2 Bedrooms 2.0 Bath(s) 2,348 Square Feet of Gross Living Area Above Grade
Additional Features See Attached Addendum

Comments on the Improvements See Attached Addendum





This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved.

Serber Appraisals, Inc.

# Summary Residential Appraisal Report

File No. 10366OS1

**SALES COMPARISON APPROACH**

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 10366 Ormond Street Sunland, CA 91040 | 10420 Ditson Street Sunland, CA 91040 | | 10427 Ditson Street Sunland, CA 91040 | | 9534 Wheatland Ave. Sunland, CA 91040 | |
| Proximity to Subject | | 0.06 miles NW | | 0.08 miles NW | | 0.14 miles NE | |
| Sale Price | $ | | $ 965,000 | | $ 953,500 | | $ 950,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 482.50 sq. ft. | | $ 485.24 sq. ft. | | $ 338.20 sq. ft. | |
| Data Source(s) | Inspection | Mercado #PO-820002164 | | Mercado #BB20087305 | | Mercado #P1-1613 | |
| Verification Source(s) | | Doc.#792084 | | Doc.#683324 | | Doc.#1667630 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s07/20;c06/20 | | s06/20;c05/20 | | s12/20;c10/20 | |
| Location | Residential | Residential | | Residential | | Residential | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 23390 sf | 17846 sf | | 18368 sf | | 63986 sf | |
| View | Panoramic | Residential | +75,000 | Panoramic | | Panoramic | |
| Design (Style) | Contemporary | Contemporary | | Contemporary | | Dome | +25,000 |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 57 | 59 | | 61 | | 36 | |
| Condition | Average | Good | -75,000 | Average | | Average | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 4 / 2 / 2.0 | 5 / 3 / 2.0 | | 5 / 3 / 2.0 | | 4 / 2 / 2.0 | |
| Gross Living Area 100.00 | 2,348 sq. ft. | 2,000 sq. ft. | +35,000 | 1,965 sq. ft. | +38,500 | 2,809 sq. ft. | -46,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/Cent AC | FWA/Cent AC | | FWA/Cent AC | | FWA/Cent AC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2 Garage | No Garage | +10,000 | 2 Garage | | 2 Garage | |
| Porch/Patio/Deck | Deck | Similar | | Similar | | Similar | |
| # of Fireplaces | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | 1 Fireplace | |
| Days on Market | N/A | 12 DOM | | 11 DOM | | 20 DOM | |
| Amenities | Fence | Pool,Bonus Rm | -40,000 | Fence,Pool | -30,000 | Fence | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 5,000 | [X] + [ ] - | $ 8,500 | [ ] + [X] - | $ 21,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 0.5% Gross Adj. 24.4% | $ 970,000 | Net Adj. 0.9% Gross Adj. 7.2% | $ 962,000 | Net Adj. -2.2% Gross Adj. 7.5% | $ 929,000 |

Summary of Sales Comparison Approach See Attached Addendum

**COST APPROACH**

**COST APPROACH TO VALUE**

Site Value Comments

ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW

Source of cost data

Quality rating from cost service Effective date of cost data

Comments on Cost Approach (gross living area calculations, depreciation, etc.)

| | |
|---|---|
| OPINION OF SITE VALUE | = $ |
| Dwelling Sq. Ft. @ $ | = $ |
| Sq. Ft. @ $ | = $ |
| Garage/Carport 500 Sq. Ft. @ $ | = $ 0 |
| Total Estimate of Cost-New | = $ 0 |
| Less Physical / Functional / External | |
| Depreciation | = $ ( 0) |
| Depreciated Cost of Improvements | = $ 0 |
| "As-is" Value of Site Improvements | = $ |
| INDICATED VALUE BY COST APPROACH | = $ 0 |

**INCOME**

**INCOME APPROACH TO VALUE**

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

**RECONCILIATION**

**Methods and techniques employed:** [X] **Sales Comparison Approach** [ ] **Cost Approach** [ ] **Income Approach** [ ] **Other:**

Discussion of methods and techniques employed, including reason for excluding an approach to value: Since the subject property is a single family dwelling, the Sales Comparison is the only techniques used in evaluating the subject property. The Cost and Income Approach was not considered to be relevant in representing an appropiate value for the subject property.

Reconciliation comments: See Attached Addendum

**Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report as of** January 8, 2021 **, which is the effective date of this appraisal, is:**

[X] **Single point $** 950,000 [ ] **Range $** ______ **to $** ______ [ ] **Greater than** [ ] **Less than $** ______

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed [ ] subject to the following:

No value has been given to any personal property in this report.





This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved.

Serbo Appraisals, Inc.

# Summary Residential Appraisal Report

File No. 10366OS1

SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 10366 Ormond Street Sunland, CA 91040 | 9732 Rotta Ave. Sunland, CA 91040 | | | | | |
| Proximity to Subject | | 0.45 miles NE | | | | | |
| Sale Price | $ | | $ 900,000 | | $ | | $ |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 437.11 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | Inspection | Mercado #SR20095745 | | | | | |
| Verification Source(s) | | Doc.#829395 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | ArmLth Conv;0 | | | | | |
| Date of Sale/Time | | s07/20;c05/20 | | | | | |
| Location | Residential | Residential | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 23390 sf | 18403 sf | | | | | |
| View | Panoramic | Mountain | +50,000 | | | | |
| Design (Style) | Contemporary | Contemporary | | | | | |
| Quality of Construction | Average | Average | | | | | |
| Actual Age | 57 | 47 | | | | | |
| Condition | Average | Average | | | | | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 4 / 2 / 2.0 | 6 / 3 / 2.1 | -5,000 | | | | |
| Gross Living Area 100.00 | 2,348 sq. ft. | 2,059 sq. ft. | +29,000 | sq. ft. | | sq. ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | None | None | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FWA/Cent AC | FWA/Cent AC | | | | | |
| Energy Efficient Items | None | None | | | | | |
| Garage/Carport | 2 Garage | 2 Garage | | | | | |
| Porch/Patio/Deck | Deck | Similar | | | | | |
| # of Fireplaces | 1 Fireplace | 1 Fireplace | | | | | |
| Days on Market | N/A | 6 DOM | | | | | |
| Amenities | Fence | Fence | | | | | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 74,000 | [X] + [ ] - | $ 0 | [ ] + [ ] - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 8.2% Gross Adj. 9.3% | $ 974,000 | Net Adj. 0.0% Gross Adj. 0.0% | $ 0 | Net Adj. % Gross Adj. % | $ |

Summary of Sales Comparison Approach



This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved.

ADDENDUM



**This appraisal report is prepared for the sole and exclusive use of the client indicated throughout the report, or its specific assigns. It is not to be relied upon by any third parties for any purpose whatsoever. The appraiser is not a home inspector, and does not guarantee the property free of defects. A professional home inspector is recomended if there is further concern or if this level of analysis is desired.**

**Offerings, Contracts and Options**

The subject property was listed for sale March 11, 2020 for $799,900 with Hovhannes Ghazaryan at Coldwell Banker, (818) 476-3000 as per Mercado MLS #SR20055497. This listing was expired and taken off the market June 12, 2020 after 92 days on market. According to the listing broker at the time, he stated the listing price was below market value due to the property having foundation issues.

**Neighborhood Market Conditions**

The dwellings which sell in the subject neighborhood typically sell with conventional financing. Closing costs are often split between buyers and sellers, but no concessions are common. The overall marketing time for the subject neighborhood is considered to be 3-6 months at the present time.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1)obtain and review adequate and reliable information for the subject property, and the subject project (where applicable) including, but not limited to, public and/or private data records, and information as described by the appraiser in the appraisal report, (2)research, verify, and analyze adequate and reliable data from public and/or private sources for the subject market area including data for each comparable property reported, and, (3) report his or her analysis, opinions, and conclusions in this appraisal report.

**Highest and Best Use**

An analysis of recent sales in the subject market was completed to determine the most viable use of the subject property with regard to the following: (1) legally permissible (2) physically possible (3) financially feasible and (4) most profitable. After this analysis was completed, it was determined that the subject is a legally permissible use based on its current zoning. Also, the lot size, shape and land-to-building ratio allow the present structure and indicate a good utilization of the improvements. Based on current market conditions, the existing structure as a single family residence is its financially feasible and maximally productive use. The highest and best use, as if vacant, would be to construct a single family residence.

**Site Comments**

The appraiser noted no adverse easements or encroachments at the subject property at the time of inspection. The shape of the site is considered to be typical for this neighborhood. The subject appears to be conforming to the zoning ordinance. No title policy or title report was viewed or provided. Site dimensions were taken directly from the attached plat map in this report. The actual site dimensions are unclear and the appraiser would recommend that if the lender/client is concerned they should hire a surveyor to determine the actual lot dimensions. However, for the purposes of this appraisal report, the information in the plat map has been considered to be accurate and reliable. The subject site backs to a downslope which appears to be well covered with no signs of slippage or erosion, however this does effect the overall lot utility of the subject site. The subject site is located on a cul-de-sac street, this is not considered to have an adverse effect on the overall marketability of the subject property.

**Additional Features**

fenced rear yard; Public records shows the subject property as having a total of 2,250 square feet, however after physically measuring and observing the subject property there was a total of 2,348 square feet. The subject property has a lower level bonus room off the garage area. This area consists of a bonus room and a laundry area. The appraiser was unable to find any permits for this area in public records. The flooring in this area appears to be sloping. According to the owner, there are foundation issues regarding this area. It should be noted that the appraiser is not an expert in determining the stability of the foundation in this area. There is a fireplace in the living room. The subject has a double strapped and secured water heater. There is a sunroom off the master bedroom, no adverse effect.

Extraordinary Assumptions: It has been assumed that all structures given value are legally permitted as stated in this report. No title report was made available to the appraiser in order to comply with the time contraints of the scope of work. Therefore, the extraordinary assumption was made that there exists no apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use etc...No adverse environmental conditions exist. The appraiser makes an extraordinary assumption that the information and data collected from all sources in the preparation of this report is factual. Should it be determined after the effective date shown in this report that this is not the case, the appraiser reserves the right to alter the opinion of market value shown based on the new factual information.

**Quality and Condition of Property**

Subject improvements were considered to be of average quality and average condition. The subject is missing some exterior stucco around the front door of the dwelling, (see photo), this item has been reflected in the overall property condition rating. All major building components appear to have been adequately maintained and appear to be functionally adequate. There were no external inadequacies noted. The appraiser did inspect the majority of flooring and wall areas without moving any existing furniture or items on walls, for possible damage and none were observed. At the time of inspection all utilities were on and in working order at the subject property. The appraiser has physically inspected all areas of the subject property.

The following areas have been included in the subject and reporting process of the subject property:

Site Hazards and Nuisances:
At the time of inspection there was no evidence of site hazards or nuisances.

Soil Contamination:
None observed. The subject site is located in a residential neighborhood and NOT near any known land fills, chemical storage plants or dump sites.

Grading and Drainage:
This appears to be good with no evidence of pooling or puddling near the subject structure.

Water Supply and Sewage Systems:
The subject site is connected to a public water source and city sewer system. There was no evidence of any leakage or odors.

Wood Destroying Insects/Infestation:
There was no active evidence of previous infestation noted at the time of inspection.

Structural Conditions:
Floor support system - Subject has a raised foundation which appears to be in average condition with no visable evidence of cracking or water damage.

Framing/Walls/Ceiling - No visable cracks or holes noted affecting the safety or soundness of the structure nor evidence of significant water damage.

Foundation:
Basement - None.

Crawl Space -no signs of cracks or damage;
Slab - none;

Roofing:
There was no visable evidence of deterioration, holes or leakage.

Mechanical Systems:
Furnace/Heating system - The subject has a forced air heating system, which is in working order and emitting warm air and no evidence of irregular noises, smells or smoke and is adequate for the subject dwelling. Subject has a forced air heating system which is typical for the current market and adequate for the existing dwelling.

Air Conditioning - central system which is in working order at the present time.

Electrical System - A random and representative sample of all switches and outlets were made and there was no evidence of failure. There was no evidence of frayed or exposed wires or visable flash points around wall plates. The system is functioning normally.

Plumbing System:
Water - Water pressure was good with no significant changes in water pressure. The hot water was functioning properly.

Toilets - All toilets worked properly with no evidence of leaking.

Sinks/Bathtubs/Showers - All faucet and visable pipes for sinks, bathtubs and showers were in good working order with no evidence of leaking.

Sewer System - The subject on a public sewer system which appears to be functioning properly. There is no evidence of leaking or odors.

Health and Safey Deficiencies:
There were no broken or inoperable windows, all access points were clear and easily accessible.

Lead Based Paint Hazard:
There was no evidence of lead based paint observed at the subject property.

**Comments on Sales Comparison**
A gross living area adjustment was made on all comps at a rate of $100 per square foot. All of the comparables involved were considered arm's length transactions, and all of the sales reportedly involved loans with conventional financing and therefore no adjustments for sale or financing concessions. Although the comparable sales differ in terms of overall lot sizes, it should be noted that the subject and all comps used are located on hillsides with limited utilities. The overall lot utilities of the comps used are considered to be similar to the subject, therefore, no lot size adjustments were warrented. Comp #1 has been remodeled and the overall condition has been considered to be superior to the subject. All comparables have been rounded to the nearest $500. Comp #3 is a domed dwelling, this is not a typical design for the area. Based on discussions with local real estate brokers knowledgeable in the areas as well as the appraisers experience in this area, it is the opinion of the appraiser that a "dome" design is considered to have an adverse effect on the overall marketability of these properties. Adjustments were taken from current and historical market data, knowledgable brokers as well as the appraisers experience in this area. The sale comparables are located in close proximity to the subject property and were given equal consideration in the determination of market value.

Greatest weight has been given to all comps due to being the most recent sales and closest in proximity to the subject. After discussions with the listing brokers involved in the comparable sales, there did not appear to be any sales concessions made on any of these sales.

The following search criteria was used for this appraisal report: The appraiser has reserched 18 months prior to the inspection date; with a 1.00 mile radius around the subject; similar location, quality and overall appeal as the subject; typical age for the neighborhood and similar condition to the subject; a gross living area range considered was within 40% of the subject square footage.

No opinion is expressed as to the value of subsurface oil, gas or mineral rights or whether the property is subject to surface

entry for the exporation or removal of such materials except as expressly stated in this report.

Earthquakes are a part of the geological make up of this area, as well as in most of Southern California. This appraisal is not responsible for their potential effects on the opinion of market value for the subject property.

**Final Reconciliation**
The greatest weight has been given to the Sales Comparison Approach as this tends to be the best indication of current market values. The Cost Approach was less applicable due to the difficulty in estimating accrued depreciation. The Income Approach is typically not applicable for this type of property. This appraisal has been completed compliant to the Appraiser Independence Requirements (AIR). It should be noted that no employee, director, officer, or agent of the lender, or any other third party acting as a joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender has influenced or attempted to influence the development, reporting, result, or review of this assignment through coercion. **THE FINAL APPRAISED VALUE DOES NOT TAKE INTO CONSIDERATION ANY STRUCTURAL ISSUES WHICH MAY BE ONGOING AT THE SUBJECT SITE.**

The sources used in this appraisal are deemed to be reliable but accuracy is not guaranteed. When conflicting information is obtained, the source deemed most reliable has been used. Data believed to unreliable has not been used as a bais for the value estimate. All sale dates shown are close of escrow dates.

Due to ongoing flood hazard updating by various government agencies, the flood hazard information provided by the appraiser is the best available at this time. However, the lender/client should verify by their own underwriting standards, the current flood hazard status of the subject property.

This appraisal was completed in compliance with USPAP and all local, state and federal laws and regulations related to the appraisal of real estate and "appraiser independence", including but not limited to California Senate Bill 223/California Civil Code section 1090.5 as well as the Dodd-Frank Wall Street Reform and Consumer Protection Act. Additionally, the appraisal complies with relevant sections of the Fannie Mae and Freddic Mac appraisal guidelines.

**REAL PROPERTY INTEREST DEFINED:** A Fee Simple interest is defined as "Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat." [The Dictionary of Real Estate Appraisal, 3rd Ed.]

**DIGITAL SIGNATURES:** This report may contain digitally-reproduced signatures, which are approved by FNMA,GNMA, FHA, and HUD. The ACI appraisal software program allows an appraiser to attach a digitally-reproduced signature by entering a secret password known only to the signing appraiser. Furthermore, after the report is digitally signed, it is locked and cannot be altered by anyone but the signing appraisers.

**DIGITAL PHOTOGRAPHS:** This report may contain digitally-reproduced photographs, which are approved by FNMA, GNMA,FHA, and HUD. The photos have not been altered or enhanced in anyway that would misrepresent the property or mislead the intended user of this report.
**Extra Comments**
**Prior Services**
I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

I have not performed any prior appraisal regarding the subject property, as an appraiser, within the 3 year period immediately preceding acceptance of this appraisal assignment.

The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and is my personal, impartial, and unbiased professional analysis, opinions, and conclusions.

I have no present or prospective interest in the property that is the subject and no personal interest with respect to the parties involved.

My engagement in this assignment was not contingent upon developing or reporting predetermined results.

My compensation for completing this assignment is not contingent upon the development or reporting of predetermined assignment results or assignment results that favors the cause of the client, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

**Additional Information**
PERSONAL PROPERTY: Personal property includes such items as furnishings, artwork, antiques, machinery and equipment. No personal property was included in the valuation of the subject property.

ZONING DATA: Zoning information was derived from RealQuest or other sources deemed reliable. However the accuracy of the data can not be guaranteed.

 File No. 10366OS1

## Scope of Work, Assumptions and Limiting Conditions

**Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.**

**The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.**

**The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.**

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

**Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.**

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

**11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).**

**Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions**

Gramm-Leach-Bliley Act (Privacy Notice): Appraisers, along with all providers of personal financial services, are now required by federal law to inform their clients of the policies of the firm with regard to the privacy of client nonpublic personal information. As professionals, we understand that your privacy is very important to you and are pleased to provide you with this information. In the course of performing appraisals, we may collect what is known as "nonpublic personal information" about you. This information is used to facilitate the services that we provide to you and may include the information provided to us by you directly or received by us from others with your authorization. We do not disclose any nonpublic information obtained in the course of our engagement with our clients to non-affiliated third parties except as necessary or as required by law.





This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.

 File No. 10366OS1

## Appraiser's Certification

**The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:**

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

**Additional Certifications:**

**Definition of Value:** ☐ **Market Value** ☐ **Other Value:**

Source of Definition:

ADDRESS OF THE PROPERTY APPRAISED:
10366 Ormond Street
Sunland, CA 91040
EFFECTIVE DATE OF THE APPRAISAL: January 8, 2021
APPRAISED VALUE OF THE SUBJECT PROPERTY $ 950,000

| **APPRAISER** | **SUPERVISORY APPRAISER** |
|---|---|
| Signature: [signature] | Signature: |
| Name: David S. Serber | Name: |
| Company Name: Serber Appraisals, Inc. | Company Name: |
| Company Address: 9018 Balboa Blvd. Suite 243, Northridge, CA 91325 | Company Address: |
| Telephone Number: (818) 384-1865 | Telephone Number: |
| Email Address: dserber@serberappraisals.com | Email Address: |
| State Certification # AG004206 | State Certification # |
| or License # | or License # |
| or Other (describe): State #: | State: |
| State: CA | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 01/10/2023 | Date of Signature: |
| Date of Signature and Report: 01/11/2021 | Date of Property Viewing: |
| Date of Property Viewing: January 8, 2021 | Degree of property viewing: |
| Degree of property viewing: ☒ Interior and Exterior ☐ Exterior Only ☐ Did not personally view | ☐ Interior and Exterior ☐ Exterior Only ☐ Did not personally view |




This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.

**SUBJECT PROPERTY PHOTO ADDENDUM**

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |



**FRONT VIEW OF SUBJECT PROPERTY**

Appraised Date: January 8, 2021
Appraised Value: $ 950,000



**REAR VIEW OF SUBJECT PROPERTY**



**STREET SCENE**

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |



Living Room



Dining Area



Kitchen

Subject Photos

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |



Bedroom



Bedroom



Bathroom

Subject Photos

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |



Bathroom



Laundry Area



Bonus Room

Subject Photos

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
| --- | --- | --- |
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |



Sunroom off Master Bedroom



Hallway



Smoke Detector

Subject Photos

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |




Carbon Monoxide Detector



Secured Water Heater



Air Conditioner

Subject Photos

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |



Furnace



View



Backs Downslope

Subject Photos

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |



Possible Foundation Issue



Missing Stucco off Front Door



East Side of Subject

Subject Photos

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |



West Side of Subject




Address on Subject



Street Scene Facing East

**COMPARABLE PROPERTY PHOTO ADDENDUM**

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |




**COMPARABLE SALE #1**

10420 Ditson Street
Sunland, CA 91040
Sale Date: s07/20;c06/20
Sale Price: $ 965,000



**COMPARABLE SALE #2**

10420 Ditson Street
Sunland, CA 91040
Sale Date: s06/20;c05/20
Sale Price: $ 953,500



**COMPARABLE SALE #3**

10427 Ditson Street
Sunland, CA 91040
Sale Date: s12/20;c10/20
Sale Price: $ 950,000

**COMPARABLE PROPERTY PHOTO ADDENDUM**

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |



**COMPARABLE SALE #4**

9732 Rotta Ave.
Sunland, CA 91040
Sale Date: s07/20;c05/20
Sale Price: $ 900,000

**COMPARABLE SALE #5**

Sale Date:
Sale Price: $

**COMPARABLE SALE #6**

Sale Date:
Sale Price: $

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |



MLS Photo of Comp #3



**FLOORPLAN SKETCH**

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |




Sketch by Apex Sketch

**AREA CALCULATIONS SUMMARY**

| Code | Description | Factor | Net Size | Perimeter | Net Totals |
|---|---|---|---|---|---|
| GLA1 | First Floor | 1.0 | 1538.0 | 204.0 | 1538.0 |
| GLA2 | Second Floor | 1.0 | 810.0 | 114.0 | 810.0 |
| GAR | Garage | 1.0 | 500.0 | 90.0 | 500.0 |
| OTH | Bonus Room | 1.0 | 448.0 | 98.0 | 448.0 |
| P/P | Deck | 1.0 | 439.5 | 128.2 | 439.5 |
| | Net LIVABLE | cnt | 2 | (rounded) | 2,348 |

**AREA CALCULATIONS BREAKDOWN**

| Name | Base x | Height x | Width = | Area |
|---|---|---|---|---|
| First Floor | 0.5 x | 36.9 x | 2.3 = | 42.0 |
| | 0.5 x | 6.3 x | 3.1 = | 9.7 |
| | 0.5 x | 17.0 x | 8.7 = | 74.4 |
| | 0.5 x | 23.5 x | 1.1 = | 12.5 |
| | 0.5 x | 11.1 x | 0.5 = | 2.8 |
| | | 23.5 x | 11.1 = | 260.4 |
| | | 36.9 x | 6.3 = | 231.2 |
| | 0.5 x | 21.1 x | 10.2 = | 108.1 |
| | 0.5 x | 13.0 x | 6.3 = | 41.0 |
| | | 42.0 x | 18.0 = | 756.0 |
| Second Floor | | 30.0 x | 27.0 = | 810.0 |
| 11 total items | | | (rounded) | 2,348 |

© Starcap Marketing, LLC. dba Apex Software

**PLAT MAP**

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |



**FLOOD MAP**

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |




**FLOOD INFORMATION**

**Community:** CITY OF LOS ANGELES
Property is NOT in a FEMA Special Flood Hazard Area
**Map Number:** 06037C1290F
**Panel:** 06037C1290
**Zone:** X
**Map Date:** 09-26-2008
**FIPS:** 06037
**Source:** FEMA DFIRM

**LEGEND**

= FEMA Special Flood Hazard Area – High Risk
= Moderate and Minimal Risk Areas

**Road View:**
= Forest = Water

**Sky Flood™**

No representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose is implied or provided. Visual scaling factors differ between map layers and are separate from flood zone information at marker location. No liability is accepted to any third party for any use or misuse of this flood map or its data.

**LOCATION MAP**

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |



**AERIAL MAP**

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |



| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |

## 10366 ORMOND ST, SUNLAND, CA 91040-1414

CoreLogic RealQuest Professional

**Owner Information** — Photos Available (09/30/2019)

| | | | |
|---|---|---|---|
| Owner Name: | HARUTYUNYAN ANAHIT | | |
| Mailing Address: | 10366 ORMOND ST, SUNLAND CA 91040-1414 C003 | | |
| Vesting Codes: | MW / / SE | | |

**Location Information**

| | | | |
|---|---|---|---|
| Legal Description: | TRACT # 22714 LOT 26 | | |
| County: | LOS ANGELES, CA | APN: | 2544-039-011 |
| Census Tract / Block: | 1021.07 / 1 | Alternate APN: | |
| Township-Range-Sect: | | Subdivision: | 22714 |
| Legal Book/Page: | 649-93 | Map Reference: | 9-F5 / |
| Legal Lot: | 26 | Tract #: | 22714 |
| Legal Block: | | School District: | LOS ANGELES |
| Market Area: | 672 | School District Name: | LOS ANGELES |
| Neighbor Code: | | Munic/Township: | |

**Owner Transfer Information**

| | | | |
|---|---|---|---|
| Recording/Sale Date: | 10/10/2018 / 10/03/2018 | Deed Type: | GRANT DEED |
| Sale Price: | | 1st Mtg Document #: | 1028193 |
| Document #: | 1028192 | | |

**Last Market Sale Information**

| | | | |
|---|---|---|---|
| Recording/Sale Date: | 08/08/2017 / 06/21/2017 | 1st Mtg Amount/Type: | / |
| Sale Price: | $594,000 | 1st Mtg Int. Rate/Type: | / |
| Sale Type: | FULL | 1st Mtg Document #: | |
| Document #: | 890966 | 2nd Mtg Amount/Type: | / |
| Deed Type: | GRANT DEED | 2nd Mtg Int. Rate/Type: | / |
| Transfer Document #: | | Price Per SqFt: | $264.00 |
| New Construction: | | Multi/Split Sale: | |
| Title Company: | ESCROW TIME INC | | |
| Lender: | | | |
| Seller Name: | BRADPIECE THEODORE C | | |

**Prior Sale Information**

| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | 08/28/2000 / 08/01/2000 | Prior Lender: | MISCELLANEOUS FIN |
| Prior Sale Price: | $424,000 | Prior 1st Mtg Amt/Type: | $298,000 / CONV |
| Prior Doc Number: | 1344974 | Prior 1st Mtg Rate/Type: | / ADJUSTABLE INT RATE LOAN |
| Prior Deed Type: | GRANT DEED | | |

**Property Characteristics**

| | | | | | |
|---|---|---|---|---|---|
| Gross Area: | | Parking Type: | BUILT-IN | Construction: | |
| Living Area: | 2,260 | Garage Area: | | Heat Type: | CENTRAL |
| Tot Adj Area: | | Garage Capacity: | | Exterior wall: | STUCCO |
| Above Grade: | | Parking Spaces: | 2 | Porch Type: | |
| Total Rooms: | 4 | Basement Area: | | Patio Type: | |
| Bedrooms: | 2 | Finish Bsmnt Area: | | Pool: | SPA |
| Bath(F/H): | 2 / | Basement Type: | | Air Cond: | CENTRAL |
| Year Built / Eff: | 1964 / 1967 | Roof Type: | | Style: | CONTEMPORARY |
| Fireplace: | Y / 1 | Foundation: | RAISED | Quality: | AVERAGE |
| # of Stories: | 2 | Roof Material: | GRAVEL & ROCK | Condition: | AVERAGE |
| Other Improvements: | SHED;WETBAR Building Permit | | | | |

**Site Information**

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |



Business, Consumer Services & Housing Agency

BUREAU OF REAL ESTATE APPRAISERS

REAL ESTATE APPRAISER LICENSE

**David S. Serber**

has successfully met the requirements for a license as a residential and commercial real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified General Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER: AG 004206

Effective Date: January 11, 2019
Date Expires: January 10, 2021

Jim Martin, Bureau Chief, BREA

3041828

THIS DOCUMENT CONTAINS A TRUE WATERMARK. HOLD UP TO LIGHT TO SEE "CHAIN LINK"

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |



Business, Consumer Services & Housing Agency

BUREAU OF REAL ESTATE APPRAISERS

REAL ESTATE APPRAISER LICENSE

**David S. Serber**

has successfully met the requirements for a license as a residential and commercial real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified General Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER: AG 004206

Effective Date: January 11, 2021
Date Expires: January 10, 2023

Loretta Dillon, Deputy Bureau Chief, BREA

3053411

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "CHAIN LINK"

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |

# DAVID S SERBER

State of California – Certified General Real Estate Appraiser
License Number AG004206 Expires 01/10/2021

HUD Approved Appraiser
Fannie Mae Appraiser

9018 Balboa Blvd.
Suite 243
Northridge, CA 91325
(818) 384-1865 Phone
(818) 701-5953 Fax
dserber@serberappraisals.com E-Mail

**Employment**

Independent Real Estate Appraiser 1985 to Present

**Scope of Experience**

| | | |
|---|---|---|
| Single Family Dwellings | 2-4 Unit Buildings | Apartments |
| Commercial Buildings | Office Buildings | PUD's |
| Vacant Land | Mixed Use | Strip Centers |
| Proposed Construction | Retail Buildings | Condominiums |
| Gas Stations | Industrial Buildings | Church |
| Date of Death Appraisals | Estate Tax Appraisals | Bankruptcy |
| Desk and Field Reviews | | |

**Education**

California State University Northridge 1984 B.S. Finance-Real Estate

**Certifications**

California Certified General Appraiser AG004206
HUD Approved Appraiser California

**Numerous Specialized Real Estate Appraisal Continuing Education Courses**

Reports have been prepared for a variety of clients including, but not limited to, individuals, estate planning attorneys, financial planners, family law and Bankruptcy attorneys, banks, mortgage companies, credit unions and hard money lenders.

**I have testified as an appraisal expert at both trials and depositions in regards to Bankruptcy Courts, civil and family law courts.**

| Client: Stella Havkin/Vahe Khojayan | | File No.: 10366OS1 |
|---|---|---|
| Property Address: 10366 Ormond Street | | Case No.: |
| City: Sunland | State: CA | Zip: 91040 |

1/7/2021 Matrix

Cross Property 360 Property View

10366 Ormond Street, Shadow Hills, CA 91040

Listing

**10366 Ormond St, Shadow Hills 91040** STATUS: **Expired** LIST PRICE: **$799,900**

None



FIND: Property Details Community




Use PEAD in Glide During COVID-19

BED / BATH: **2/2,0,0,0**
SQFT(src): **2,250 (S)**
PRICE PER SQFT: **$355.51**
LOT(src): **23,387/0.5369 (A)**
LEVELS: **Two**
GARAGE: **0**
YEAR BUILT(src): **1964 (ASR)**
PROP SUB TYPE: **SFR (D)**
DOM / CDOM: **92/92**
SLC: **Standard**
PARCEL #: **2544039011**
LISTING ID: **SR20055497**

## DESCRIPTION

**Welcome to this home in Shadow Hills with abundance of greenery. Enter into a bright and warm house with remodeled modern kitchen which has marble countertop and modern faucet. Following the stairs to the second floor into the spacious master suite immediately gaze upon unobstructed canyon views of dramatic rolling hills. Moreover, step out to the humongous balcony and behold a breathtaking open view of mountains filled with fresh air. A perfect spot for gatherings. The renovated master bathroom features shower and a centered hot tub overlooking the mountain views through glass windows.**

EXCLUSIONS: INCLUSIONS:

AREA: **672 - Shadow Hills**
SUBDIVISION: **/**
COUNTY: **Los Angeles**
SENIOR COMMUNITY?: **No**
CERTIFIED 433A?:

LIST $ ORIGINAL: **$799,900**
BASEMENT SQFT:
COMMON WALLS: **No Common Walls**
PARKING:
HORSE:
PROBATE AUTHORITY:

ROOM TYPE: **Bonus Room, Family Room, Formal Entry, Master Bathroom, Master Bedroom, Multi-Level Bedroom, Walk-In Closet**
EATING AREA: **Breakfast Counter / Bar, In Family Room, In Living Room**

COOLING: **Central Air**
HEATING: **Central**
VIEW: **Canyon, City Lights, Hills**
WATERFRONT:
LAUNDRY: **Gas & Electric Dryer Hookup**

PROP SUB TYPE: **Single Family Residence (Detached)**
STRUCTURE TYPE: **House**
COMMON INTEREST: **None**

## INTERIOR

INTERIOR: **Balcony, Granite Counters**
MAIN LEVEL BEDROOMS: **1**
MAIN LEVEL BATHROOMS: **1**

ACCESSIBILITY:
APPLIANCES: **Dishwasher, Disposal, Gas Range, Gas Water Heater, Ice Maker, Refrigerator, Water Heater Central**
KITCHEN FEATURES: **Self-closing cabinet doors**
BATHROOM FEATURES:

FLOORING: **Laminate**
ENTRY LOC/ENTRY LVL: **/**
FIREPLACE: **Electric**

## EXTERIOR

EXTERIOR:
FENCING:
DIRECTION FACES:

SECURITY:
SEWER: **Unknown**

LOT: **Back Yard, Sloped Down, Patio Home**
POOL: **None**

PATIO/PORCH:
SPA: **None**

## BUILDING

BUILDER NAME:
MAKE:
BUILD MODEL:
TAX MODEL:

ARCH STYLE:
DOOR: **Double Door Entry**
WINDOW:

ROOF:
FOUNDATION DTLS:
PROP COND:

CONSTR MTLS:
OTHER STRUCT:
NEW CONSTRUCTION YN: **No**

## GARAGE AND PARKING

ATTACHED GARAGE?:
UNCOVERED SPACES:

PARKING TOTAL: **0**
# REMOTES:

GARAGE SPACES: **0**
RV PARK DIM:

CARPORT SPACES:

## GREEN

https://matrix.crmls.org/Matrix/Printing/PrintOptions.aspx?c=AAEAAAD*****AQAAAAAAAAARAQAAAEMAAAAGAgAAAAQ5NjQ4BgMAAAACMjcGBA... 1/2

Client: Stella Havkin/Vahe Khojayan | File No.: 10366OS1
Property Address: 10366 Ormond Street | Case No.:
City: Sunland | State: CA | Zip: 91040



1/7/2021 Matrix

GREEN BLDG VERIFICATION TYPE: GREEN VERIFICATION BODY: GREEN VERIFICATION YR: GREEN VERI. RATING:
GREEN ENERGY GEN: GREEN ENERGY EFF: GREEN SUSTAIN: GREEN WTR CONSERV:
WALK SCORE:

POWER PRODUCTION

POWER PROD TYPE: POWER PROD SIZE: POWER PROD YR INSTALL: POWER PROD ANNUAL:
POWER PROD ANNUAL STATUS:

COMMUNITY

HOA FEE: **$0** HOA NAME: HOA PHONE: # OF UNITS: **1**
HOA FEE 2: HOA NAME 2: HOA PHONE 2: # UNITS IN COMMUNITY:
COMMUNITY: HOA AMENITIES: STORIES TOTAL: **2**
HOA MANAGEMENT NAME:
HOA MANAGEMENT NAME 2:

LAND

LAND LEASE?: LAND LEASE AMOUNT: UTILITIES: TAX LOT:
PARCEL #: **2544039011** LAND LEASE AMT FREQ: ELECTRIC: TAX BLOCK:
ADDITIONAL APN(s): **No** LAND LEASE PURCH?: WATER SOURCE: **Public** TAX TRACT #:
LAND LEASE RENEW: LOT SIZE DIM: **23494** ZONING:
ASSESSMENTS: **Unknown**

SCHOOL

HIGH SCHOOL DISTRICT: **Other** ELEMENTARY: MIDDLE/JR HIGH: HIGH SCHOOL: **Shadow Hills**
ELEMENTARY OTHER: MIDDLE/JR HIGH OTHER: HIGH SCHOOL OTHER:

LISTING | DATES

BAC: **2.5%** TERMS: **Cash, Cash To Existing Loan, Conventional** LIST CONTRACT DATE: **03/11/20**
BAC RMRKS: LIST AGRMT: **Exclusive Right To Sell** START SHOWING DATE:
DUAL/VARI COMP?: **No** LIST SERVICE: **Full Service** ON MARKET DATE: **03/11/20**
LEASE CONSIDERED?: **No** AD NUMBER: PRICE CHG TIMESTAMP: **03/12/20**
CURRENT FINANCING: DISCLOSURES: STATUS CHG TIMESTAMP: **06/12/20**
POSSESSION: INTERNET, AVM?/COMM?: **Yes/Yes** MOD TIMESTAMP: **06/12/20**
SIGN ON PROPERTY?: INTERNET?/ADDRESS?: **Yes/Yes** EXPIRED DATE: **06/11/20**
CONTINGENCY LIST: PURCH CONTRACT DATE:
ENDING DATE: **06/11/20**
CONTINGENCY:

**PRIVATE REMARKS: Title shows 2 bed & 2,250sqft, buyer to verify all. Seller added additional 3rd bedroom total of 2,685sqft. Standard Sale! Sold as is no warranties/guarantees made. Seller and/or seller's agent makes no representation as to room count, square footage, lot size, etc. Buyer to verify with appropriate entities and satisfy self. Please email all offers to hovo2277@gmail.com with POF and PreApproval. Easy showings, Owner occupied, at list 1 hour notice is must!!!**

SHOWING INFORMATION

SHOW CONTACT TYPE: **Agent** LOCK BOX LOCATION: **No Lockbox** OCCUPANT TYPE: **Owner**
SHOW CONTACT NAME: **Hovo Ghazaryan** LOCK BOX TYPE: **None** OWNER'S NAME: **Anahit Harutyunyan**
SHOW CONTACT PH: **747-999-7353**
SHOW INSTRUCTIONS: **Appointment Only. Please contact listing agent for appointment. At least 1 hour notice is required.**
DIRECTIONS: **None**

AGENT / OFFICE | CONTACT PRIORITY

LA: **(SR207065237) Hovhannes Ghazaryan** LA State License: **02043416** 1.LA CELL: **747-999-7353**
CoLA: CoLA State License:
LO: **(SR0067403) Coldwell Banker Hallmark Realty** LO State License: **01957792**
LO FAX: **818-241-6125**
LO PHONE: **818-476-3000** CoLO State License:
CoLO: CoLO FAX:
CoLO PHONE: Offers Email: hovo2277@gmail.com

COMPARABLE INFORMATION

CLOSE PRICE: BA: () CoBA: () BUYER FINANCING:
LIST PRICE: **$799,900** BO: CoBO: CONCESSIONS $:
LIST $ ORIGINAL: BA State License: CoBA State License: CONCESSION CMTS:
PURCH CONTRACT DATE: BO State License: CoBO State License: END DATE: **06/11/20**
DOM/CDOM: **92/92**

AGENT FULL: Residential LISTING ID: SR20055497 Printed by David Serber, State Lic: AG004206 on 01/07/2021 7:27:19 PM

https://matrix.crmls.org/Matrix/Printing/PrintOptions.aspx?c=AAEAAAD*****AQAAAAAAAAARAQAAAEMAAAAGAgAAAAQ5NjQ4BgMAAAACMjcGBA... 2/2