# EXHIBIT C





*APRIA HEALTHCARE LLC.*
*26220 ENTERPRISE COURT*
*LAKE FOREST, CA 92630*
*949 639-2000*

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 01/25/2021 |
| Period Ending: | 02/07/2021 |
| Pay Date: | 02/12/2021 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

**DIANA BABASYAN**
**10366 ORMOND ST**
**SUNLAND CA 91040**

Social Security Number:

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 18.0600 | 80.00 | 1,444.80 | 4,189.92 |
| Ot Overtime | 27.0900 | 6.73 | 182.32 | 252.48 |
| Hol Holiday | | | | 144.48 |
| **Gross Pay** | | | **$1,627.12** | 4,586.88 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -120.17 | 325.17 |
| | Social Security Tax | -95.97 | 269.66 |
| | Medicare Tax | -22.45 | 63.07 |
| | CA State Income Tax | -40.51 | 104.81 |
| | CA SUI/SDI Tax | -18.57 | 52.19 |
| | **Other** | | |
| | Dn1 Dental | -16.85* | 50.55 |
| | Md1 Medical | -59.54* | 178.62 |
| | Vs1 Vision | -2.77* | 8.31 |
| | **Net Pay** | **$1,250.29** | |
| | Cka Checking 1 | -1,250.29 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sck Sick | 96.42 | |
| Tot Work Hours | 86.73 | 241.32 |
| Personal | | 13.18 |
| Sick | | 96.42 |
| Vac Accrued | | 6.17 |
| Vacation | | 112.00 |
| Employee Id | | |
| Pin | | |

**Additional Tax Withholding Information**
Taxable Marital Status:
 CA: Single
Exemptions/Allowances:
 CA: 0

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,547.96

© 2000 ADP, LLC



*APRIA HEALTHCARE LLC.*
*26220 ENTERPRISE COURT*
*LAKE FOREST, CA 92630*
*949 639-2000*

| **Advice number:** | 00000065738 |
|---|---|
| Pay date: | 02/12/2021 |

| **Deposited to the account of** | **account number** | transit ABA | amount |
|---|---|---|---|
| **DIANA BABASYAN** | | xxxx xxxx | $1,250.29 |



**NON-NEGOTIABLE**

# Voucher History Detail by Provider

**As Of:** 3/11/2021

| Voucher Date | Family ID | Child ID | Child Name | Program | Service Start | Service Stop | Payment Type | Rate Type | Care Time | Units | Rate | Prior Total | Current Month Total | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Provider:** | | **Babasyan, Diana** | | **Provider Type:** | | | **Child Count:** 1 | | | **APID:** | | **Tax ID:** | | |
| **Batch No:** | | **Voucher No:** 3436705 | **Payee:** Babasyan, Diana | | | | | | | | **Check Number:** | | | |
| 11/20/20 | | | | CW2 CalWORKs | 10/1/20 | 10/31/20 | Regular | Weekly | Full | 4.00 | $118.15 | $472.60 | $0.00 | $472.60 |
| | | | | **CW2 CalWORKs Stage 2 Subtotal** | | | | | | | | **$472.60** | **$0.00** | **$472.60** |
| | | | | | | **Voucher** | | **Subtotal** | | | | **$472.60** | **$0.00** | **$472.60** |
| **Batch No:** | | **Voucher No:** 3452710 | **Payee:** Babasyan, Diana | | | | | | | | **Check Number:** | | | |
| 12/18/20 | | | | CW2 CalWORKs | 11/1/20 | 11/30/20 | Regular | Weekly | Full | 4.20 | $118.15 | $496.23 | $0.00 | $496.23 |
| | | | | **CW2 CalWORKs Stage 2 Subtotal** | | | | | | | | **$496.23** | **$0.00** | **$496.23** |
| | | | | | | **Voucher** | | **Subtotal** | | | | **$496.23** | **$0.00** | **$496.23** |
| **Batch No:** | | **Voucher No:** 3516564 | **Payee:** Babasyan, Diana | | | | | | | | **Check Number:** | | | |
| 1/22/21 | | | | CW2 CalWORKs | 12/1/20 | 12/31/20 | Regular | Weekly | Full | 4.60 | $118.15 | $543.49 | $0.00 | $543.49 |
| | | | | **CW2 CalWORKs Stage 2 Subtotal** | | | | | | | | **$543.49** | **$0.00** | **$543.49** |
| | | | | | | **Voucher** | | **Subtotal** | | | | **$543.49** | **$0.00** | **$543.49** |
| **Batch No:** | | **Voucher No:** 3564283 | **Payee:** Babasyan, Diana | | | | | | | | **Check Number:** | | | |
| 2/26/21 | | | | CW2 CalWORKs | 1/1/21 | 1/31/21 | Regular | Weekly | Full | 3.80 | $118.15 | $448.97 | $0.00 | $448.97 |
| | | | | **CW2 CalWORKs Stage 2 Subtotal** | | | | | | | | **$448.97** | **$0.00** | **$448.97** |
| | | | | | | **Voucher** | | **Subtotal** | | | | **$448.97** | **$0.00** | **$448.97** |
| | | | | | | **Provider** | | **Subtotal** | | | | **$1,961.29** | **$0.00** | **$1,961.29** |

**Total Children Serviced:** 1    **Service Date Range:** 10/1/20 – 1/31/21    **Report Total:** $1,961.29    $0.00    $1,961.29